# EXHIBIT "B"

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BAUSCH & LOMB<br>RENU MOISTURELOC<br>CONTACT SOLUTION | MDL Docket No. _________ |

**PLAINTIFF HELEN HREEN' SCHEDULE OF RELATED BAUSCH & LOMB RENU MOISTURELOC CONTACT SOLUTION ACTIONS FOR TRANSFER AND CONSOLIDATION**

Pursuant to Rule 7.2(a)(ii) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiff, Helen Hreen provides the following information on the related actions that will be affected by her Motion and Memorandum in Support of Transfer and Consolidation Pursuant to 28 U.S.C. § 1407:

| **Complete Name of Action** | **District Where Pending** | **Civil Action No.** | **Judge Assigned** |
|---|---|---|---|
| Helen Hreen v. Bausch & Lomb, Inc. | Middle District of Florida | 06-00735 | Honorable James D. Whittemore |
| Jacqueline Wartmann v. Bausch & Lomb, Inc. | Southern District of Florida | 06-60532 | Honorable Alan S. Gold |
| Marcia Lamarche v. Bausch & Lomb, Inc. | Western District of Louisiana | 06-00669 | Honorable Rebecca F. Doherty |
| Jennifer Kohn v. Bausch & Lomb, Inc. | District of South Carolina | 06-01321 | Honorable David C. Norton |
| Barbara Cavallaro v. Bausch & Lomb, Inc. | District of Rhode Island | 06-00205 | Honorable William E. Smith |
| Ryan Gregg v. Bausch & Lomb, Inc. | Western District of Pennsylvania | 06-00554 | Honorable Donetta W. Ambrose |
| Kimberly Beskin v. Bausch & Lomb, Inc. | Eastern District of New York | 06-01749 | Honorable Dora Lizette Irizarry |
| David Lugo v. Bausch & Lomb, Inc. | Eastern District of New York | 06-01837 | Honorable Dora Lizette Irizarry |
| Mary Joyce Bedwell v. Bausch & Lomb, Inc. | Eastern District of New York | 06-01858 | Honorable Dora Lizette Irizarry |
| Nelson Huie v. Bausch & Lomb, Inc. | Southern District of New York | 06-02911 | Honorable Naomi Reice Buchwald |
| Joan Lesley v. Bausch & Lomb, Inc. | Northern District of Mississippi | 06-00132 | Honorable Glen H. Davidson |

Respectfully submitted,

Douglass A. Kreis, Esq. - Florida Bar No.: 0129704
Neil D. Overholtz, Esq. - Florida Bar No.: 0188761
*Aylstock, Witkin & Sasser, PLC*
4400 Bayou Boulevard, Suite 58
Pensacola, FL 32503-1909
(850) 916-7450 Phone
(850) 916-7449 Facsimile