RECEIVED
JUN 01 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA M. CAVALLARO, Individually, and on behalf of all others similarly situated,
Plaintiff,

v.

BAUSCH & LOMB INCORPORATED,
Defendant.

Civil Action No.: 1:06-cv-205-S-LDA

**STIPULATION**

It is hereby stipulated by and between the parties that the time within which the Defendant, Bausch & Lomb, Inc., may answer or otherwise respond to the Class Action and Individual Complaint filed in this matter be extended up to and including June 9, 2006.

Dated: May 31, 2006

PLAINTIFFS
By their attorneys,

Peter N. Wasylyk

PETER N. WASYLYK, #3351
1307 Chalkstone Avenue
Providence, RI 02908
Tel: 401-831-7730
Fax: 401-861-6064

DEFENDANT
By its attorneys,

John A. Tarantino

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-351-4607

*383295_1.doc*

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/5/06