UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-60532-CIV-GOLD/TURNOFF

JACQUELINE WARTMANN,
Plaintiff,

v.

BAUSCH & LOMB INC.,
Defendant.
_______________________________/

FILED by ___ D.C.
JUN 0 2 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**CLOSED CIVIL CASE**

## ORDER GRANTING MOTION TO STAY; CLOSING CASE

**THIS CAUSE** is before the Court *sua sponte*. On May 31, 2006, the Court held a joint telephonic status conference in this case along with Case Number 06-21131-CIV-GOLD to discuss the potential consolidation of these two actions. At the hearing, the Court determined that consolidation of these two actions was appropriate pending a determination by the Judicial Panel on Multi-District Litigation as to whether to create a Multi-District Panel involving the subject matter of these two lawsuits. Following the hearing, the Court entered an order in Case Number 06-21131-CIV-GOLD designating Case Number 06-21131-CIV-GOLD as the lead case. Accordingly, it is **ORDERED AND ADJUDGED:**

1. Defendant Bausch & Lomb's Motion to Stay All Proceedings Pending Decision by the Judicial Panel on Multi-District Litigation **[DE # 11]** is GRANTED.

2. As this case has been consolidated with lead Case Number 06-21131-CIV-GOLD, the Clerk of Court is instructed to close this case.

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 31 day of May, 2006.

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

Copies furnished to:
Magistrate Judge William Turnoff
Miguel Manuel de la O, Esq. (305) 285-5555
William Patrick Geraghty, Esq. (305) 358-7470
Sarah Becket Clasby, Esq. (305) 536-8229