**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUN 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA M. CAVALLARO, Individually, and on behalf of all others similarly situated,

Plaintiff,

v.

BAUSCH & LOMB INCORPORATED,

Defendant.

Civil Action No.: 1:06-cv-00205-S-LDA

**DEFENDANT BAUSCH & LOMB, INC.'S MOTION TO STAY ALL PROCEEDINGS**

Defendant, Bausch & Lomb, Inc. ("Bausch & Lomb") moves this Court to stay all proceedings in this putative class action pending the likely establishment of *In re Bausch & Lomb, Inc. Contact Lens Solution Products Liability Litigation,* MDL No. 1785 and the transfer of this case for coordinated pretrial proceedings. For further grounds of its motions, Bausch & Lomb relies upon its supporting Memorandum of Law, which is filed herewith.

Dated: June 6, 2006

DEFENDANT,
BAUSCH & LOMB, INC.
By its Attorneys,

John A. Tarantino

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

GRANTED
WESmith
William E. Smith
U.S. District Judge
7/5/06