SCHEDULE A

MDL 1785 – In Re Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation

Middle District of Florida
Helen Hreen v. Bausch & Lomb Inc., C.A. No 8:06-735
*New C.A. No. 2:06-2365*

Southern District of Florida
Jacqueline Wartmann v Bausch & Lomb Inc., C.A. No. 0:06-60532
*New C.A. No. 2:06-2366*

Western District of Louisiana
Marcia Lamarche v Bausch & Lomb Inc., C.A. No. 6:06-669
*New C.A. No. 2:06-2367*

Northern District of Mississippi
Joan Lesley v Bausch & Lomb Inc., C.A. No. 1:06-132
*New C.A. No. 2:06-2368*

Eastern District of New York
Kimberly A. Beskin v Bausch & Lomb Inc., C.A. No. 1:06-1749
*New C.A. No. 2:06-2370*
Mary Joyce Bedwell et al v Bausch & Lomb Inc., C.A. No. 1:06-1858
*New C.A. No. 2:06-2371*

Southern District of New York
Nelson Huie v Bausch & Lomb Inc., C.A. No. 1:06-2911
*New C.A. No. 2:06-2372*

Western District of Pennsylvania
Ryan Gregg v Bausch & Lomb Inc., C.A. No. 2:06-554
*New C.A. No. 2:06-2373*

District of Rhode Island
Barbara M. Cavallaro v Bausch & Lomb Inc., C.A. No. 1:06-205
*New C.A. No. 2:06-2374*

District of South Carolina
Jennifer A. Kohn v Bausch & Lomb Inc., C.A. No. 2:06-1321
*Same C.A. Number*

Docket: 1785 - In re Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation
Status: Transferred on 08/14/2006
Transferee District: SC Judge: Norton, David C. Printed on 08/14/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Abbey, Arthur N.<br>Abbey, Spanier, Rodd, Abrams & Paradis, LLP<br>212 East 39th Street<br>New York, NY 10016 | => **Phone: (212) 889-3700 Fax: (212) 684-5191**<br>Huie, Nelson |
| Balducci, Timothy R.<br>Langston Law Firm, PA<br>P.O. Box 787<br>Booneville, MS 38829-0787 | => **Phone: (662) 728-3138 Fax: (662) 728-3138 Email: tbalducci@langstonlaw.com**<br>Lesley, Joan* |
| Becnel, Jr., Daniel E.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | => **Phone: (985) 536-1186 Fax: (985) 536-6445**<br>Beskin, Kimberly A.*; Lamarche, Marcia* |
| Hahn, H. Blair<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mt. Pleasant, SC 29464 | => **Phone: (843) 727-6500 Fax: (843) 727-6642**<br>Kohn, Jennifer A.* |
| Kreis, Douglas A.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503-1909 | => **Phone: (850) 916-7450 Fax: (850) 916-7449**<br>Hreen, Helen* |
| Magolnick, Joel S.<br>De La O, Marko, Magolnick & Leyton<br>3001 Southwest<br>3rd Avenue<br>Miami, FL 33129 | => **Phone: (305) 285-2000 Fax: (305) 285-5555**<br>Wartmann, Jacqueline* |
| Parker, Jerrold S.<br>Parker & Waichman, LLP<br>111 Great Neck Road<br>1st Floor<br>Great Neck, NY 11021-5402 | => **Phone: (516) 466-6500 Fax: (516) 466-6665 Email: Jerry@yourlawyer.com**<br>Bedwell, Mary Joyce*; Bedwell, Simon Howard* |
| Ward, Jeffrey P.<br>Cohen & Grigsby, P.C.<br>11 Stanwix Street<br>15th Floor<br>Pittsburgh, PA 15222-1319 | => **Phone: (412) 297-4961 Fax: (412) 209-0672**<br>Gregg, Ryan* |
| Wasylyk, Peter N.<br>Law Offices of Peter N. Wasylyk | => **Phone: (401) 831-7730 Fax: (401) 861-6064**<br>Cavallaro, Barbara M. |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| 1307 Chalkstone Avenue<br>Providence, RI 02908 | |
| Woodbury, Marie S.<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 | => **Phone: (816) 474-6550 Fax: (816) 421-5547**<br>**Bausch & Lomb, Inc.*** |

**RULE 1.6: TRANSFER OF FILES**

(a) Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action.

(b) If an appeal is pending, or a notice of appeal has been filed, or leave to appeal has been sought under 28 U.S.C. §1292(b) or a petition for an extraordinary writ is pending, in any action included in an order of transfer under 28 U.S.C. §1407, and the original file or parts thereof have been forwarded to the court of appeals, the clerk of the transferor district court shall notify the clerk of the court of appeals of the order of transfer and secure the original file long enough to prepare and transmit to the clerk of the transferee district court a certified copy of all papers contained in the original file and a certified copy of the docket sheet.

(c) If the transfer order provides for the separation and simultaneous remand of any claim, cross-claim, counterclaim, or third-party claim, the clerk of the transferor district court shall retain the original file and shall prepare and transmit to the clerk of the transferee district court a certified copy of the docket sheet and copies of all papers except those relating exclusively to separated and remanded claims.

(d) Upon receipt of an order to remand from the Clerk of the Panel, the transferee district court shall prepare and send to the clerk of the transferor district court the following:

(i) a certified copy of the individual docket sheet for each action being remanded;

(ii) a certified copy of the master docket sheet, if applicable;

(iii) the entire file for each action being remanded, as originally received from the transferor district court and augmented as set out in this rule;

(iv) a certified copy of the final pretrial order, if applicable; and

(v) a "record on remand" to be composed of those parts of the files and records produced during coordinated or consolidated pretrial proceedings which have been stipulated to or designated by counsel as being necessary for any or all proceedings to be conducted following remand. It shall be the responsibility of counsel originally preparing or filing any document to be included in the "record on remand" to furnish on request sufficient copies to the clerk of the transferee district court.

(e) The Clerk of the Panel shall be notified when any files have been transmitted pursuant to this Rule.

**United States District Court**
**for the District of South Carolina**

# ECF MULTIDISTICT LITIGATION ATTORNEY REGISTRATION FORM

This form is for use by attorneys in multidistrict litigation transferred to this Court from other district courts who desire to become *Filing Users* of the *Electronic Case Filing System* (*ECF System*). A *Filing User* and the *ECF System* are defined in the ECF Policies and Procedures on the Court's website. Rule 1.4 of the Rules of the Judicial Panel on Multidistrict Litigation states "[a]ny attorney of record in any action transferred under [28 U.S.C.] Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred."

To use the *ECF System*, multidistrict litigation attorneys must submit this form to register for an account. Registered attorneys will have privileges to electronically submit documents and to view the electronic documents. By registering, attorneys consent to receive electronic notice of filings through the system.

**Please complete the following required information to register for ECF:**

Last Name: ______________________ First Name: ______________________ Middle Initial: ________

If appropriate, select one: ☐ Senior ☐ Junior ☐ II ☐ III ☐ Other ______________________

Firm Name: ______________________________________________

Address: ______________________________________________

City, State: ______________________________________ Zip Code: ____________

Telephone Number: (____) ______________ Fax Number: (____) ______________

MDL Case number in which you are counsel: ______________________________

District Court and Case number of transferred case: ______________________________

District Court ID Number: ______________ for the District of ______________________

E-Mail Address for Electronic Service: ______________________________

If registered for ECF in another Federal court, please provide your **Login Name**: ____________ **and District**: ____________

**Training is REQUIRED. Check one or more of the following training options you have completed:**

☐ I have completed the entire online tutorial OR
☐ I have completed all of the computer-based training modules OR
☐ I received court approved training* on ______________________

*Training by another district satisfies this district's training requirement.

**By submitting this registration form, the undersigned agrees to abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) and Fed. R. Crim. P. 49(b)-(d) via the Court's electronic filing system. The combination of the Filing User's login, password, and s/[typed name] or digital signature serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised by an unauthorized user.**

______________________________
(Signature/Date)

Once your registration is complete, you will receive notification by e-mail as to your user id and password needed to access the system. Procedures for using the system will be available for downloading when you access the system via the internet.

**Fax this form to:**
ECF Registration
803.765.5108

OR (If you fax the form, you do NOT need to mail it!)

**Mail this form to:**
USDC ECF Registration
901 Richland Street
Columbia, SC 29201

Court Use Only:
Login Assigned: ______________
Password Assigned: ______________

Revised December 16, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816 FAX (803) 765-5960
www.scd.uscourts.gov

LARRY W. PROPES
CLERK OF COURT

DIVISIONAL OFFICES

P. O. BOX 835
CHARLESTON, SC 29402
(843)579-1401 FAX 579-1402

P. O. BOX 10768
GREENVILLE, SC 29603
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

CA 06-205

August 29, 2006

To: All Attorneys on Attorney Service List (attached)
Clerks of Court for transferor courts

Re: Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation
MDL - 1785

Dear Counsel and Clerk of Court:

The Clerk of Court for the District of South Carolina has received the Transfer Order regarding the above referenced litigation from the Judicial Panel on Multidistrict Litigation. The Transfer Order was filed in our district on August 16, 2006. A copy of the order is attached.

The purpose of this letter is to formally notify you of this transfer. Please note that this District's Local Rules are available on our website at www.scd.uscourts.gov. In accordance with Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, out-of-state counsel who appeared in the transferor district court prior to the transfer need not enter a separate appearance before this Court, or apply to proceed *pro hac vice*. Counsel will, however, need to take action to be able to electronically file documents in this district court.

All documents filed in the District of South Carolina are entered into the Electronic Case Filing (ECF) system. The ECF Policies and Procedures, as well as Attorney User Manual, are available on the court's website, and counsel is urged to read them. Use of the ECF system is required for attorney's to file documents in this District, and an attorney must register to become a Filing User. The registration form for Multidistrict Litigation counsel to become Filing Users in this District, is attached, and can also be found on the Court's website.

Counsel may register as a Filing User only after completing ECF training. If counsel has received ECF training in another U.S. District Court, further training is unnecessary. If training is needed, it is available through the On-line TrainingTutorial on the court's website at www.scd.uscourts.gov, go to CM/ECF at the menu on the left, and then go to "Training" and select "On-line Training Tutorial" from the subsequent menus. Training is available in the courthouse here at scheduled appointment times and it may also be available as scheduled appointment times in your district. Check with your Clerk's Office. The attached registration form requires counsel to indicate one of the above training options. If you are not interested in registering as a Filing User in this District, as counsel in a Multidistrict Litigation case, you may

associate counsel who is a Filing User in the District of South Carolina. All members of the District of South Carolina Bar are required to register as Filing Users.

The United States District Judge assigned to handle the Multidistrict Litigation for 1785 Litigation is the Honorable David C. Norton, whose address is as follows:

David C. Norton
PO Box 835
Charleston, SC 29401
(843) 579-1450

The Judge's case manager and /or courtroom deputy will be able to assist you with any clerical or procedural question you may have. Their addresses and telephone numbers are as follows:

Lisa Richberg
Case Manager
PO Box 835
Charleston, SC 29401
(843) 579-1415

Gail Johnson
Courtroom Deputy
PO Box 835
Charleston, SC 29401
(843) 579-1408

The attached Schedule A lists all the cases which are currently being transferred to this District. Please note that each case has been assigned a new civil action number. The new case numbers must be used on all future documents filed in the District of South Carolina. In addition, the caption of each individual case, along with the heading "IN RE: Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation" must be on all papers filed in this District. These changes will assist in case management.

If you are filing a document which references just one case, the filing should be made in that particular case. If you are filing a document which references two or more cases, your filing should be made in the management case, M/A No. 2:06-77777 DCN. Please utilize the caption as shown in the example attached to this letter.

In summary, before filing papers in the District of South Carolina in the Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation cases, counsel must:
1) Register as a Filing User, or associate counsel who is a Filing User in this District;
2) Place the heading "IN RE: Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation" on each document filed;
3) Place the caption with corresponding civil action number on each document filed.

The Clerks of the United States District of District of Rhode Island are asked to electronically

transfer their case files to the District of South Carolina. A certified copy of the transfer order is enclosed. Please call the case manager, listed above, for a login and password into our ECF docketing system at www.ecf.scd.uscourts.gov. Once you have logged into our System, select civil from the blue menu bar; select civil and miscellaneous initial pleadings; select Multidistrict Litigation transfer in; enter case number 6-99999; and follow the instructions on the screen.

The Clerk's Office will be happy to assist you in any way. If you have questions, please call either the case manager or courtroom deputy at the numbers listed in this letter. You will be notified of a date and time, to be scheduled, for the first Status Conference before the Judge assigned in this case.

Thank you for your cooperation.

Yours,

Larry W. Propes, Clerk

s/Lisa Richberg
Deputy Clerk

Enclosures
cc: The Honorable David C. Norton, U.S. District Judge
The Honorable David A. DiMarzio, Clerk of Court for District of Rhode Island
Judicial Panel on Multidistrict Litigation
Gail Johnson, Courtroom Deputy
Lisa Richberg, Case Manager

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Helen Hreen, Jacqueline Wartmann, Marcia Lamarche, Joan Lesley, Kimberly A. Beskin, Mary Joyce Bedwell, Nelson Huie, Ryan Gregg, Barbara Cavallaro and Jennifer A. Kohn | ) | Management File No. 2:06-mc-77777 DCN |
| | ) | MDL DOCKET NO. 1785 |
| | ) | This filing relates to the Management File here captioned and the following related civil actions: |
| Plaintiffs, | ) | |
| | ) | C/A No. |
| v. | ) | C/A No. |
| Bausch & Lomb Inc., | ) | |
| Defendant. | ) | |

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: Bausch & Lomb Inc. Contact Lens ]<br>Solution Products Liability Litigation ]<br>] | MDL DOCKET NO. 1785<br>ALL CASES |

PRACTICE AND PROCEDURE ORDER UPON TRANSFER
PURSUANT TO 28 U.S.C. § 1407(a)

1. This order shall govern the practice and procedure in those actions transferred to this court by the Judicial Panel on Multidistrict Litigation pursuant to their order of August 14, 2006 as well as all related actions originally filed in this court or transferred or removed to this court. These actions are listed in Schedule A attached hereto. This order shall also govern the practice and procedure in any tag-along actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 1 of the Rules of Procedure of that Panel subsequent to the filing of the final transfer order by the Clerk of this Court and any related actions subsequently filed in this Court or otherwise transferred or removed to this Court.

2. The actions described in paragraph 1 of this order are consolidated for pretrial purposes.

3. A signed original of any pleading or paper shall be filed; no copies will be necessary. All papers filed in these actions shall bear the identification "MDL Docket No.1785 ", and when such paper relates to all these actions, the MDL docket number shall be followed only by the notation "ALL CASES." If such paper does not relate to all of these actions the individual docket numbers assigned by the Clerk of this Court (as listed in Schedule A hereto) of those actions to which the paper relates shall also be listed. If such paper relates to five or fewer actions the abbreviated caption of each of the actions may be listed opposite its number.

4. Any paper which is to be filed in any of these actions shall be filed with the Clerk of this Court and not with the transferor district court.

5. Counsel who appeared in the transferor district court prior to the transfer need not enter a separate appearance before this Court.

6. Prior to the first pretrial conference service of all papers shall be made on each of the attorneys on the Panel Attorney Service List attached hereto as Schedule L. Any attorney who wishes to have his name added to or deleted from such Panel Attorney Service List may do so upon request to the Clerk of this Court with notice to all other persons on such service list. Service shall be deemed sufficient if made upon all attorneys on the Panel Attorney Service List.

The parties shall present to the Court at the first pretrial conference a list of attorneys for purposes of service. Only one attorney or each party separately represented shall be included on

such list.

7. Prior to the first pretrial conference, counsel for each group of parties whose interests are similarly aligned shall designate liaison counsel, subject to the approval of the Court. Liaison counsel shall be authorized to receive orders and notices from the Court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group. Liaison counsel shall be required to maintain complete files with copies of all documents served upon them and shall make such files available to parties within their liaison group upon request. Liaison counsel are also authorized to receive orders and notices from the Judicial Panel on Multidistrict Litigation pursuant to Rule 8(e) of the Panel's Rules of Procedure on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group.

8. Upon remand of any of these actions the parties will be required to provide to this Court copies of any necessary and relevant papers previously filed.

9. No parties to any of these actions shall be required to obtain local counsel in this district and the requirements of Rules 83.I.04 - 83.I-06 of the Rules of this Court are waived as to any attorney appearing in these actions who is duly admitted to practice before any United States Court.

10. Hearings shall not be held on any motions filed except by order of Court upon such notice as the Court may direct.

11. Any paper filed in any of these actions which is substantially identical to any other paper filed in another of these actions shall be sufficient if it incorporates by reference the paper to which it is substantially identical. Where counsel for more than one party plan to file substantially identical papers they shall join in the submission of such papers and shall file only one paper on behalf of all so joined.

12. Any orders including protective orders previously entered by this Court or any transferor district court shall remain in full force and effect unless modified by this Court upon application.

13. All discovery proceedings in these actions are stayed until further order of this Court and the time requirements to perform any acts or file any papers pursuant to Rules 26 through 37, Federal Rules of Civil Procedure, are tolled until the first pretrial conference at which time discovery schedule will be established.

14. The Court will be guided by the Manual for Complex Litigation, Fourth approved by the Judicial Conference of the United States and counsel are directed to familiarize themselves with that publication.

**United States District Court**
**for the District of South Carolina**

## ECF MULTIDISTICT LITIGATION ATTORNEY REGISTRATION FORM

This form is for use by attorneys in multidistrict litigation transferred to this Court from other district courts who desire to become *Filing Users* of the *Electronic Case Filing System* (*ECF System*). A *Filing User* and the *ECF System* are defined in the ECF Policies and Procedures on the Court's website. Rule 1.4 of the Rules of the Judicial Panel on Multidistrict Litigation states "[a]ny attorney of record in any action transferred under [28 U.S.C.] Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred."

To use the *ECF System*, multidistrict litigation attorneys must submit this form to register for an account. Registered attorneys will have privileges to electronically submit documents and to view the electronic documents. By registering, attorneys consent to receive electronic notice of filings through the system.

**Please complete the following required information to register for ECF:**

Last Name: ______________________ First Name: ______________________ Middle Initial: ________

If appropriate, select one: ☐ Senior ☐ Junior ☐ II ☐ III ☐ Other ______________________

Firm Name: ______________________________________________

Address: ______________________________________________

City, State: ______________________________________ Zip Code: ____________

Telephone Number: (____) ____________________ Fax Number: (____) ____________________

MDL Case number in which you are counsel: ______________________________

District Court and Case number of transferred case: ______________________________

District Court ID Number: ________________ for the District of ______________________

E-Mail Address for Electronic Service: ______________________________

If registered for ECF in another Federal court, please provide your **Login Name**: ____________ and **District**: ____________

**Training is REQUIRED. Check one or more of the following training options you have completed:**

☐ I have completed the entire online tutorial OR
☐ I have completed all of the computer-based training modules OR
☐ I received court approved training* on ______________________

*Training by another district satisfies this district's training requirement.

**By submitting this registration form, the undersigned agrees to abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) and Fed. R. Crim. P. 49(b)-(d) via the Court's electronic filing system. The combination of the Filing User's login, password, and s/[typed name] or digital signature serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised by an unauthorized user.**

______________________________
(Signature/Date)

Once your registration is complete, you will receive notification by e-mail as to your user id and password needed to access the system. Procedures for using the system will be available for downloading when you access the system via the internet.

**Fax this form to:**
ECF Registration
803.765.5108

OR (If you fax the form, you do NOT need to mail it!)

**Mail this form to:**
USDC ECF Registration
901 Richland Street
Columbia, SC 29201

Court Use Only:
Login Assigned: ____________________
Password Assigned: ____________________

Revised December 16, 2005